BENJAMIN LEVY, as Administrator of the Estate of DANIEL J. LEVY, Deceased, Appellant, *v.* CASCADES OPERATING CORPORATION, Respondent.

Argued October 19, 1942; decided December 3, 1942.

*Harry A. Spiegelman, John M. Wilson* and *Max J. LeBoyer* for appellant.

*James J. McLoughlin, Robert F. White* and *John J. Kirwan* for respondent.

Judgment of Appellate Division reversed and a new trial granted, with costs to the appellant to abide the event. Whether the defendant was negligent and whether the decedent assumed the risk of his injuries were questions of fact for the jury. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY and CONWAY, JJ. Dissenting: FINCH, LEWIS and DESMOND, JJ.